# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DYLAN THAXTON,<br>　　　　Plaintiff(s),<br>vs.<br>THE TRAVELERS INDEMNITY COMPANY,<br>　　　　Defendant(s). | Case No. 2:15-cv-00820-GMN-NJK<br><br>ORDER<br><br>(Docket No. 13) |

Pending before the Court is a stipulation to extend various deadlines, Docket No. 13, which is hereby **DENIED** without prejudice. First, the stipulation erroneously states that the parties are seeking an extension of 90 days when they are actually seeking an extension of 182 days. *Compare id.* at 4 (proposed dates) *with* Docket No. 9 at 2 (currently operative scheduling order). The parties have failed to establish good cause for such a significant enlargement of the discovery period. Second, several of the deadlines for which extensions are sought have already expired, including the deadline to amend the pleadings or add parties (expired October 27, 2015), the deadline for expert disclosures (expired October 27, 2015), the deadline for rebuttal experts (expired November 26, 2015), and the deadline to file an interim status report (expired November 26, 2015). The parties offer no explanation why excusable neglect exists such that the Court should revive these long-expired deadlines. *See* Local Rule 26-4 (showing of excusable neglect required in such circumstances).

IT IS SO ORDERED.

DATED: December 17, 2015

　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
United States Magistrate Judge