```
1  Joseph N. Mott
   Nevada Bar No. 12455
2  LAW OFFICES OF STEVEN J. PARSONS
   7201 W Lake Mead Blvd Ste 108
3  Las Vegas NV 89128-8354
   (702) 384-9900
4  (702) 384-5900 (fax)
   Joey@SJPlawyer.com
5
   Attorney for Plaintiff
6  GEORGE DYLAN THAXTON
```

7           UNITED STATES DISTRICT COURT

8                DISTRICT OF NEVADA

| | |
|---|---|
| 9  GEORGE DYLAN THAXTON, an Individual, | Case No. 2:15-cv-820-(GMN)-NJK |
| 10         Plaintiff, | THE PARTIES' STIPULATION TO DISMISS, WITH PREJUDICE, and |
| 11  vs. | (PROPOSED) ORDER |
| 12  THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, | |
| 13         Defendant. | |

The parties hereto, by their counsel of record, hereby stipulate to dismiss this case, with prejudice, each party to bear his/its own attorneys' fees and costs of suit.

Dated: February 24, 2016.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Steven Parsons | /s/ |
| JOSEPH N. MOTT | ROBERT W. FREEMAN |
| Nevada Bar No. 12455 | Nevada Bar. No. 3062 |
| Attorney for Plaintiff | Attorneys for Defendant |
| GEORGE DYLAN THAXTON | THE TRAVELERS INDEMNITY COMPANY |

## ORDER

Pursuant to the foregoing stipulation and agreement of the parties, and for good cause appearing, IT IS SO ORDERED.

Dated: **February 25, 2016**

_____
Gloria M. Navarro, Chief Judge
United States District Court